Marc A. Lavaia
Warshaw Burstein, LLP
555 Fifth Avenue, 11th Floor
New York, New York 10017
(212) 984-7740
mlavaia@wbcsk.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARCIELA MAYORAL,                                   Civil Action No. 18-cv-11069

                            Plaintiff,              STIPULATION

        -against-

SAS RESTAURANTS LLC, STARVOS
NIKOLAKAKOS, STEPHEN KATSAROS,
ANASTASIOS KATSAROS, and GEORGIOS
KANTARIS,
                            Defendants.
-----------------------------------------------------------------x

        It is hereby stipulated and agreed between plaintiff MARCIELA MAYORAL

("Plaintiff") and defendants SAS RESTAURANTS LLC, STARVOS NIKOLAKAKOS

STEPHEN KATSAROS, ANASTASIOS KATSAROS, and GEORGIOS KANTARIS

("Defendants"), by their respective counsel, that the time for Defendants to answer or otherwise

move with respect to the complaint in this action is extended to January 28, 2019.

        This stipulation may be executed in any number of counterparts and when taken together

shall constitute one original document.  Any signature transmitted via email or facsimile may be

deemed an original.

1

Dated: New York, New York
       January 11, 2019

**AGREED AND ACCEPTED:**            **AGREED AND ACCEPTED:**

FITAPELLI & SCHAFFER, LLP        WARSHAW BURSTEIN, LLP

By: Joseph A. Fitapelli              By: Marc A. Lavaia
      Dana M. Cimera                Attorneys for Defendants
Attorneys for Plaintiffs             555 Fifth Avenue, 11th Floor
28 Liberty Street, 30th Floor        New York, NY 10017
New York, New York 10005        Tel: (212) 984-7740
(212) 300-0375

SO ORDERED.  The deadline for Defendants to answer or other respond
to the Complaint is hereby EXTENDED, nunc pro tunc, to January 29, 2019
(one day longer than requested).

January 29, 2019

2